ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Strategic Social, LLC | ) ASBCA No.   62520 |
| | ) |
| Under Contract No.     SPE605-20-D-9507 | ) |

APPEARANCE FOR THE APPELLANT:      Andrew K. Wible, Esq.
      Constellis, LLC
      Herndon, VA

APPEARANCE FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
      DLA Chief Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  June 15, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62520, Appeal of Strategic Social, LLC, rendered in conformance with the Board's Charter.

Dated:  June 16, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals